UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAXIMUS STRAHAN, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 19-cv-10639-IT |
| | * |
| SECRETARY, MASSACHUSETTS | * |
| EXECUTIVE OFFICE OF ENERGY AND | * |
| ENVIRONMENTAL AFFAIRS, et al., | * |
| | * |
| Defendants. | * |

ORDER

April 4, 2019

TALWANI, D.J.

*Pro se* litigant Richard Maximus Strahan has filed a civil complaint and motions for leave to proceed *in forma pauperis* and to file electronically. Strahan has also filed a motion for a temporary restraining order [#3] in which he asks that the Court require the Director of the Massachusetts Division of Marine Fisheries to cease (1) requiring the use of vertical buoy ropes for lobster pot fishing in Massachusetts coastal waters; and (2) licensing the use of fixed gill nets in Massachusetts.

Upon review of Plaintiff's filing, the Court hereby orders:

1. The motion for leave to proceed *in forma pauperis* [#2] is GRANTED.

2. The motion for leave to file electronically [#5] is GRANTED.

3. The motion for a temporary restraining order [#3] is DENIED WITHOUT PREJUDICE to renewal as a motion for a preliminary injunction. Strahan has failed to certify any efforts he has made to give notice to the Director of the Massachusetts Division of Marine Fisheries of the motion or provide any reasons why such notice should not be required. *See* Fed.

R. Civ. P. 65(b)(1)(B). Strahan states that he served the motion for a temporary restraining order on Defendants on April 4, 2019 "by the ECF filing system." Mot. TRO at 3. However, neither Defendants nor their counsel have entered appearances in this action. The Court therefore cannot reasonably infer that Defendants have received notice of the motion.

4. The Clerk shall issue summonses as to all Defendants. Plaintiff shall serve the summonses, complaint, and this order upon Defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

5. Because Plaintiff is proceeding *in forma pauperis*, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If so asked by Plaintiff, the USMS shall serve a copy of the summonses, complaint, and this order upon Defendants as directed by Plaintiff. Plaintiff is responsible for providing the USMS all copies for service and for completing a USM-285 form for each party to be served. The Clerk shall provide Plaintiff with forms and instructions for service by the USMS.

6. Plaintiff shall have 90 days from the date of the issuance of the summonses to complete service. Failure to comply with this requirement may result in dismissal of this action without further notice from the court. *See* Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

IT IS SO ORDERED.

                                                  /s/ Indira Talwani  
                                                  United States District Judge

April 4, 2019