UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAXIMUS STRAHAN, <br><br> Plaintiff <br><br> v. <br><br> SECRETARY, MASSACHUSETTS EXECUTIVE OFFICE OF ENERGY AND ENVIRONMENTAL AFFAIRS, et al., <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 19-cv-10639-IT |

### DECLARATION OF DANIEL J. MCKIERNAN

I, Daniel J. McKiernan, declare and state as follows:

1.  I am the Deputy Director of the Division of Marine Fisheries ("DMF") within the Massachusetts Department of Fish and Game ("DFG"). As discussed in more detail below, DMF has the comprehensive authority and responsibility under M.G.L. c. 130 for the regulation, management and protection of the Commonwealth's commercial and recreational marine fisheries resources. I have held my position as DMF's Deputy Director since 2003. Prior to holding this position, I was a Marine Fisheries Biologist in DMF in the area of marine fisheries regulations and policy development dating back to 1988, and served as a field biologist since 1985. I am trained as a Marine Fisheries Biologist, and have earned a Bachelor of Science degree in marine biology from UMASS Dartmouth (formerly Southeastern Massachusetts University) in 1981 and a Master of Science degree from Auburn University in 1984.

2.  As DMF's Deputy Director I have exercised direct supervision over programs concerning commercial and recreational fisheries, habitat research, and protected marine species. These

programs are overseen by professional marine fisheries biologists who are experts in their respective fields and collaboratively provide advice to me and the Director of DMF regarding the conservation, protection, management and regulation of marine species and their habitats. In both my current and former positions at DMF, I and my staff have worked to responsibly regulate commercial and recreational fisheries based on the best available science to ensure that the fisheries and their habitats are sustainably managed and that protected marine species are conserved.

3. DMF has comprehensive authority under its enabling statute, M.G.L. c. 130, to regulate the harvest of marine species including the conduct of the so-called, "fixed gear fisheries." This regulatory authority extends to, among other things, the setting of lobster traps and gillnets in state waters. Specifically, under M.G.L. c. 130 § 1A, DMF is granted broad authority to "administer all the laws relating to marine fisheries as appearing in chapter one hundred and thirty and any other general or special laws, except as pertain to the enforcement thereof." Under M.G.L. c. 130 § 17A, DMF is charged with the responsibility and authority to manage marine fisheries by governing "[t]he manner of taking fish; the legal size limits of fish to be taken; the seasons and hours during which fish may be taken; the numbers or quantities of fish which may be taken; [and] the opening and closing of areas within the coastal waters to the taking of any and all types of fish…". Furthermore, under M.G.L. c. 130 § 17(10) DMF, through its Director, is charged with adopting, amending, or repealing "all rules and regulations, with the approval of the Governor, necessary for the maintenance, preservation and protection of all marine fisheries resources…" Finally, DMF has authority under M.G.L. c. 130 § 80, in particular, to permit commercial and recreational fishing in the marine waters of the Commonwealth, including fishing that utilizes fixed gear such as gill nets and lobster traps/pots.

4.      Specifically, DMF issues Coastal Lobster permits under M.G.L. c. 130 § 38 to authorize commercial lobstermen to fish for lobsters in state waters and issues Offshore Lobster permits to land lobsters in a Massachusetts port by vessels authorized by NMFS to fish in federal waters. These permits are limited entry, meaning that no new permits are issued to allow new entrants into the fishery. The permits are issued annually and expire on December 31 of each year. Up to 800 traps may be set by each permit holder, though some fishermen are restricted to lower numbers of traps depending on the Lobster Conservation Management Area fished. DMF issued 1,081 of these Coastal Lobster permits for calendar year 2018, and 156 Offshore Lobster permits authorizing those permit holders to land lobsters taken by traps from federal waters.

5.      Under M.G.L. c. 130 § 38, DMF issues Student Commercial Lobster permits to full-time students who are residents of the Commonwealth and who have resided therein for at least one year preceding the date of such permits. Student Commercial Lobster permits limit the holder to harvest lobsters using no more than 25 traps during the period of June 15th to September 15th. Finally, M.G.L. c. 130 § 38 authorizes DMF to issue Non-commercial Lobster Permits to a non-resident of the Commonwealth temporarily residing or intending to temporarily reside in any coastal city or town of the Commonwealth, provided such person owns more than $5,000 in real estate within the Commonwealth as determined by tax records. Non-commercial Lobster Permits authorize the holder to harvest lobsters using no more than 10 traps during June through September for the consumption by the permit holder and his or her family. DMF issued 6,426 Non-commercial Lobster Permits for calendar year 2018. DMF expects to issue a similar number of permits in calendar year 2019.

6.      The plaintiff, Richard Max Strahan, applied for a Student Commercial Lobster permit from DMF on April 4, 2019. **Exhibit 1**. DMF returned the application to Mr. Strahan the next

3

day because it was incomplete and included conflicting information as to whether he meets the Massachusetts residency requirements in M.G.L. c. 130 § 38 for such permit. **Exhibit 2**. Consequently, Mr. Strahan has not been issued a permit from DMF to commercially or recreationally harvest lobsters in Massachusetts waters.

7. The North Atlantic right whale (hereinafter referred as "right whale") is a critically endangered species protected under both the federal Endangered Species Act ("ESA") and the Marine Mammal Protection Act ("MMPA"). Its current population, last estimated by federal scientists as of the end of 2017, is approximately 411 individuals. During the period 2010 to 2017 the right whale population declined from an estimated high of over 500 individuals. Right whales travel over the course of the year through their range from the Canadian Maritimes south to Florida. Right whales have even been seen as far south as the Gulf of Mexico and as far east as Norway. A typical annual distribution pattern for right whales includes travel to the United States' southeast coast to calve off Georgia and Florida, then the use of feeding grounds in Cape Cod Bay and the Great South Channel in late winter and early spring. Summer feeding grounds include the Bay of Fundy and habitats off Nova Scotia and in the Gulf of St. Lawrence. However, researchers and fisheries managers are not able to track all right whales at all times; thus, a certain portion of the population is always unaccounted for. When aggregations of right whales are not actively feeding as they have been in Cape Cod Bay during March and April of this year, it is not uncommon for solitary right whales to be observed anywhere within the range of the species.

8. Since 2010 the distribution pattern of right whales has shifted dramatically. They have largely abandoned their habitats in the southeast United States, the Gulf of Maine (other than Cape Cod Bay) and the Bay of Fundy. DMF's habitat monitoring activities show that the right

4

whale's preferred food source, zooplankton (especially *Calanus* copepods), is found in abundance in Cape Cod Bay during the spring. As a consequence, the right whales' use of Cape Cod Bay as a food source has continued to increase. Zooplankton abundance has been documented to be decreasing in the southeast United States, in the Gulf of Maine (other than Cape Cod Bay) and in the Bay of Fundy.

9. Right whales may become entangled in fixed fishing gear (e.g., trap lines, gillnets) set anywhere in the range of the species from the southeast US to Canada. Entangled right whales are capable of carrying rope and gear long distances. Gear origin can be ascertained by the permit numbers on the entangling gear when – or if - the gear is retrieved from the whale. However, most right whale entanglements cannot be attributed to a specific fishery either because the gear is not recovered or because the identifying portion of the gear (e.g., the permit numbers on the buoy or the traps or nets) is lost when the whales break the gear during the entanglement.

10. DMF and the federal National Marine Fisheries Service ("NMFS") have engaged in extensive efforts to protect and conserve the right whale since the early 1990s. For example, Cape Cod Bay was first designated a Critical Habitat for the right whale by NMFS and DMF in 1994. Under the ESA, critical habitat for an ESA-listed species consists of areas that contain physical or biological features essential to the conservation of the species. In 2016 NMFS significantly expanded the scope of its Critical Habitat designation for the right whale to include all of the Gulf of Maine. **Exhibit 3**.

11. Furthermore, from 1996 through the present, the Division of Fisheries and Wildlife ("DFW") and DMF in DFG, on behalf of the Commonwealth of Massachusetts, have entered into renewable annual cooperative agreements with NMFS under section 6(c)(1) of the ESA.

Through such cooperative agreements, NMFS provides funding to state agencies that maintain an adequate and active program for the conservation of ESA protected marine species present in their state. For over 20 years, NMFS has renewed its annual cooperative agreement with DFW/DMF based on NMFS' determination that the Commonwealth maintains an adequate and active program for the conservation of the right whale and other resident ESA protected marine species. The most recent letter from NMFS, dated September 27, 2018 renewed its cooperative agreement with the Commonwealth through September 30, 2019. **Exhibit 4**.

12.     Pursuant to its authority under M.G.L. c. 130, DMF has promulgated a series of regulations at 322 CMR 12.00 ("Protected Species") over the last two decades that are designed to minimize the likelihood of harm to the right whale and other protected marines species from gear entanglements and vessel strikes. **Exhibit 5**.

13.     More specifically, 322 CMR 12.03 prohibits the use or abandonment of fixed fishing gear rigged with lines that float at the water's surface or that use buoyant ground lines. 322 CMR 12.06, in turn, establishes year-round restrictions on certain fixed fishing gear, including requiring that gillnets and trap gear be rigged with specified breakaway features and restricting the number of buoy lines used on trap trawls.

14.     Under 322 CMR 12.04, no recreational or commercial fisherman may fish, set, store, or abandon any trap gear in the Large Whale Trap/Pot Gear Closure Area from February 1st through April 30th. A map depicting the closure area is contained in 322 CMR 12.11. This 3-month closure area was originally established by NMFS as the Massachusetts Restricted Area and encompasses the area around Cape Cod, north to Stellwagen Bank, and east of Cape Cod extending south to waters off Nantucket. The scope and timing of the Massachusetts Restricted Area is based on the documented co-occurrence of aggregations of right whales with the

6

presence of fixed-fishing gear. Unlike NMFS' closure area, the Large Whale Trap/Pot Gear Closure Area established by DMF in 322 CMR 12.04 also applies to recreational fishermen using traps or pots.

15. Effective March 22, 2019, DMF promulgated a regulation at 322 CMR 12.04(3) that authorizes the Director of DMF to adjust the duration of the fixed gear seasonal closures at 322 CMR 12.04(1) and (2) to prevent the entanglement of right whales in fixed fishing gear based on the Director's assessment of the documented presence of right whales in Massachusetts waters. This regulation at 322 CMR 12.04(3) authorizes the Director to extend the duration of the Large Whale Trap/Pot Gear Closure Area through the Notice of Declaration process specified therein, thereby allowing DMF to take such action in a more timely manner than promulgating emergency regulations as was done by DMF in 2018. **Exhibit 5**. This allows DMF to be more flexible and proactive in responding to changed circumstances, e.g., when significant aggregations of right whales remain in Cape Cod Bay later than May 1st, the date by which, historically, they have left the Bay.

16. In 2018, DMF promulgated by emergency regulation at 322 CMR 12.05 a speed limit of 10 knots or less on vessels measuring less than 65 feet in overall length operating within the DMF-established Cape Cod Bay Restricted Area. That speed limit remained in place through May 14, 2018. NMFS already has a regulation in place that imposes the same speed limit on vessels of 65 feet or more in overall length. The purpose of DMF's new regulation is to enhance the protection of right whales from strikes by small vessels operating in Cape Cod Bay. Effective March 22, 2019, DMF promulgated 322 CMR 12.05 on a permanent basis. **Exhibit 5**.

17. In addition, the joint effort by NMFS, DMF and other partners to protect right whales includes conducting aerial and vessel-based population surveys each winter/spring in Cape Cod

Bay; this survey program has been in place since 1998. This survey gives regulators a real-time assessment of the presence of right whales in Cape Cod Bay. There is also a related Disentanglement Program directed at removing entangling lines from opportunistically sighted entangled whales and leatherback turtles. The Provincetown Center for Coastal Studies ("PCCS") performs much of the above field work through a contract with DMF, which is funded by a grant from NMFS with additional funding from the Massachusetts Environmental Trust. The results of the aerial surveys and disentanglement activities are provided to NMFS, which maintains a database for such purpose.

18. Two decades of aerial survey results have documented the annual presence of large concentrations of right whales from mid-winter through early spring in Cape Cod Bay. These concentrations of right whales typically peak in April and the whales usually depart by the end of April, but sometimes in early May. In some years, an aggregation of up to 2/3 of the worldwide right whales population has been observed in the surveys of Cape Cod Bay. Peak abundance in Cape Cod Bay has reached up to 200 right whales in a single day. During the closure months of February – April, DMF staff obtains locations of observed fixed gear from the aerial surveys and works with the Massachusetts Environmental Police to remove any abandoned or illegally-set lobster traps from the closure area.

19. DMF uses the results of the aerial surveys to warn vessel operators to avoid collisions and to determine whether an extension of the Large Whale Trap/Pot Gear Closure time period is warranted because of continued presence of significant numbers of right whales in Cape Cod Bay. For example, because right whales were still abundant in Cape Cod Bay in the last days of April, 2017, DMF extended the closure to lobster traps in a portion of Cape Cod Bay for an additional seven days. After four days the survey showed that nearly all the whales had departed

and DMF lifted the closure at that time. As discussed above, DMF also extended the closure through May 14th in 2018 based on sightings of right whales in the Bay and habitat monitoring results suggesting the zooplankton was sufficiently abundant to cause the whales to remain in the area.

20. PCCS has conducted several aerial surveys of Cape Cod Bay during this current season. Trends in right whale abundance and distribution in Cape Cod Bay have been typical of most years, with peak sightings occurring in mid-April and a peak whale count of 158 on April 7, 2019. Since that date, the sightings have declined as the right whales appear to be departing Cape Cod Bay. Approximately 26 were seen in Cape Cod Bay on April 17th and numerous scattered additional sightings occurred in federal waters east of Cape Cod, which generally suggests there is an ongoing departure of right whales from Cape Cod Bay.

21. However, yesterday, Thursday, April 24, 2019, PCCS conducted a full bay-wide survey of Cape Cod Bay and completed all of its standard track lines covering the entire Bay working from a north to south direction. As stated in PCCS' attached survey report, 57 right whales were observed, with all of these whales subsurface and skim feeding. **Exhibit 6**. In response to this significant aggregation of right whales currently present in Cape Cod Bay at the end of April, DMF has extended the fixed fishing gear closure in Cape Cod Bay pursuant to its authority under 322 CMR 12.04(3) through May 8, 2019. **Exhibit 7**. Pursuant to its authority under 322 CMR 12.04(5), DMF has also extended the speed restriction of ten knots applicable to all vessels measuring less than 65 feet in overall length operating within Cape Cod Bay through May 8, 2019. **Exhibit 7**. In the event that a significant aggregation of right whales still remain in Cape Cod Bay on May 8th, DMF intends to extend the closure again as it deems reasonably necessary to protect such right whales.

22.     Since the plaintiff's preceding litigation against DMF concluded in December, 2010 (*Strahan v. Diodati et al.*, 755 F. Supp.2d 318), DMF is aware of one (1) known entanglement of a right whale from gear set in Massachusetts state waters. In September 2016, a right whale was found entangled on Stellwagen Bank in federal waters carrying gear that was originally set in Cape Cod Bay; that whale was successfully disentangled by PCCS employees working in the Disentanglement Program.

23.     In April 2018 a right whale named Kleenex was observed by the survey in federal waters of Stellwagen Bank with entangling lines on its body. This whale was first seen with this entanglement 100 miles off the coast of Delaware in 2014. The origin of that entanglement is unknown, although it involved heavy rope typically used by lobster fishermen in the deeper waters under federal jurisdiction. A humpback whale was sighted by a whale watch boat on April 22, 2018 in Cape Cod Bay entangled in a line with two buoys. As noted in paragraph 12 of my affidavit, Cape Cod Bay and adjacent waters had been closed by DMF to trap/pot fishing since February 1st. The whale was successfully disentangled by the Disentanglement Program, which determined that there were no red markings on the line as required by DMF regulations. In addition, the permit number identified on the buoys does not match any DMF-permitted fisherman.

24.     In the past week, twelve right whales have also been observed from NMFS aerial survey planes in other inshore waters off Boston. However, these whales were not sighted in a follow-up aerial survey conducted by NMFS on April 24, 2019 over the same inshore waters off Boston. **Exhibit 8**. This aerial survey result is consistent with DMF's expectation that the small number of whales typically sighted in such waters do not aggregate and stay there, as they do in Cape Cod Bay. Fixed-fishing gear set in these waters must comply with the gear restrictions

established in DMF's regulations at 322 CMR 12.03, 12.04 and 12.06 that are designed to minimize the likelihood of an entanglement of a right whale. Given the small number of right whales currently present in these inshore waters, and given that those few whales are not expected to stay for any significant length of time, the resulting degree of risk of a right whale entanglement occurring does not warrant granting the plaintiff's request that these areas be immediately closed to fixed gear fishing. As a practical matter, it would require the DMF-permitted fishermen to remove their gear from the water, which could take two to three weeks to accomplish. Consistent with the historical data, DMF expects that the remaining right whales will have departed from these waters well in advance of that timeframe.

25. In summary, DMF's regulatory and management strategy is to protect all right whales in Massachusetts waters from entanglement and vessel collision. Along with NMFS and partners such as PCCS, DMF is diligently fulfilling that responsibility, promulgating what may be the most protective set of regulations in the country and conducting robust aerial survey and habitat monitoring efforts. Indeed, over 20 years of section 6 ESA cooperative agreements between NMFS and DFW/DMF affirm NMFS' position that the Commonwealth has an adequate and active program for the conservation of the right whale and other protected marine species. In response to the dramatic increase in the last 10 years in the number of right whales visiting Cape Cod Bay each spring, DMF has ramped up its regulatory protections, including in 2015 establishing and thereafter enforcing the 3 month Large Whale Trap/Pot Gear Closure Area and applying it to recreational as well as commercial fishermen. In 2018 DMF extended the closure for an additional 14 days, and has extended the current closure and the speed restriction on small vessels through May 8, 2019 and will extend them again if DMF deems it necessary to protect significant aggregations of right whales remaining in the closure area. Moreover, DMF

continues to evaluate the need for additional regulatory protections as evidenced most recently by its promulgation of a new permanent regulation imposing a speed limit on small vessels operating in Cape Cod Bay. In short, DMF is meeting its responsibilities as a permitting authority to minimize the likelihood of a take of the right whale consistent with the requirements of ESA.

I, Daniel J. McKiernan, have read the above statement consisting of twelve (12) pages and eight (8) Exhibits, and I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on April 26, 2019.

*Daniel J. McKiernan*
Daniel J. McKiernan
Deputy Director
Division of Marine Fisheries
Massachusetts Department of Fish and Game