UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAN AGAINST XTINCTION A/K/A "MAX" ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 19-cv-10639-IT |
| SECRETARY, MASSACHUSETTS EXECUTIVE ) | |
| OFFICE OF ENERGY AND ENVIRONMENTAL ) | |
| AFFAIRS ("MEOEEA") ET AL. ) | 8 May 2019 |
| ) | |
| *Defendants* ) | |
| ) | |

PLAINTIFF'S SECOND NOTICE RESERVING HIS RIGHT TO FILE AN AMENDED
COMPLAINT WITHOUT FIRST SEEKING LEAVE OF THE COURT

*"Already we are boldly launched upon the deep; but soon we shall be lost in its unshored, harborless immensities.... No branch of Zoology is so much involved as that which is entitled Cetology ... Utter confusion exists among the historians of this animal ... Unfitness* ****1340*** *to pursue our research in the unfathomable waters. Impenetrable veil covering our knowledge of the cetacean ... Thus speak of the whale ... Nevertheless, though of real knowledge there be little.... As no better man advances to take this matter in hand, I hereupon offer my own poor endeavors. I promise nothing complete; because any human thing supposed to be complete, must for that very reason infallibly be faulty ... But I have swam through the libraries and sailed through oceans; I have had to do with whales with these visible hands; I am in earnest; and I will try."*

— Ismael in *Moby Dick* (1851).

Plaintiff Man Against Xtinction SPEAKS:

I am again notifying the Court that I am reserving at this time my constitutionally protected right pursuant to FRCP 15(a)(1)(A) to file an amended complaint without needing to first seek the Court's leave to do so. I will be filing my amended complaint on Monday, 12 May 2019. This is my second such notice I have filed with the Court. I have discussed my plans to amend as a matter of right my original complaint with attorney Maryanne and offered her more time to respond to my pleadings. She refused my offer. She has also filed no opposition to my filing as a matter of right my amended complaint on 12 May 2019.

I am asserting that I am entitled by FRCP Rule 15 to reserve my right to amend the complaint as a matter of right by filing with the Court a notice of intent to do so during the allowed span of time for filing an amended complaint. I have already made the requisite filing with the Court. I am now further notifying the Court of ongoing that will add to my burden of

filing as a matter of right my amended complaint with the Court. The Court is also free to issue any order it wants to delimit the time I need to make my filing of the prospective amended complaint. It has clearly felt no need to do so at this time.

As the Court noted at the last hearing, the underlying claims I intend to bring against the Defendants are still being developed. I was rushed to commence the instant action to stop the defendants from killing another Right Whale. The Right Whale has been rendered extinct by the Defendants killing of these whales over the last several decades after the Court ruled that the Defendants were violating the ESA Section 9 prohibitions by requiring the use of vertical buoy ropes by the individuals it licenses to do lobster pot fishing in state waters.

My gambit to sue the Defendants immediately has paid off already. I embarrassed them giving me the relief sought in my TRO to the Court, after the Court refused my TRO request. They announced that they were delaying the start of the lobsterpot fishing season in Right Whale ESA critical habitat in Cape Cod Bay till 15 May 2019, I might be asking the Court for another TRO since I will be graduating on 18 May 2019 and will be able to more fully prosecute my claims against the Defendants.

My claims are clear. The State Defendants deliberately and maliciously caused the extinction of the Right Whale. In 2019 the State Defendants will INJURE AND KILL another Right Whale by the end of this year by negligently causing its entanglement in the vertical buoy ropes in lobster pot gar that they license and regulate. The PURPOSE of the instant action is to stop this 2019 killing and injuring of a Right Whale. My claims in the instant action against the Defendants will be mooted once they issue new permits in 2020 — unless the Court has enjoined the State Defendants at some point in 2019 form from issuing their 2020 fishing permits.

I hereby assert my need to conduct discovery against the Defendants and third parties to fully develop and file meaningful claims against the Defendants in the instant action. The core relief I am seeking from the Court is an order that will stop all future entanglements of ALL endangered whales and sea turtles in Massachusetts state waters. I need to conduct discovery to identify all possible defendants required to obtain this relief from the Court. I also need discovery to precisely define what the terms of the sought for order from the Court will provide me the relief that I am seeking from the Court.

In short, I claim the right to conduct all DISCOVERY needed to allow me to first identify the ongoing illegal acts of the Defendants and the identities of other possible actors who are acting in concert with the Defendants to insure that they can continue fisheries practices that kill and otherwise constitute ESA Section 9 prohibited takings of ESA listed species of whales and sea turtles.

The Court at the hearing also complained to me that my complaint did not raise a claim I was then pressing that the Defendants are retaliating against me for bringing the lawsuit by refusing to issue me any fishing permit I am legally entitled after I applied to get them. After the hearing I again applied for fishing permits from the state defendants. Last week they once again refused to issue me these permits that I am legally entitled to receive. I was told by attorney Maryann that the State Defendants at this time refuse to issue me the fishing licenses I applied

for on the date of the last hearing. I will now amend my complaint to include claims against these injuries inflicted on me by the State Defendants.

      In my Amended Complaint I will bring a claim that the current cooperative agreement between Massachusetts and NOAA done pursuant to 16 USC § 1535 violates that statute as well as the provisions of other federal statutes. I will also be adding new defendants and bringing other new claims against current defendants.
.

BY:

    /s/ Richard Maximus Strahan

    _____
    Richard Maximus Strahan
    POB 82, Peterborough NH 03458

    *Pro Se and Proud!*

I certify that a copy of this document has been served on the Defendants by the ECF filing system.

    /s/ Richard Maximus Strahan

    _____
    Richard Maximus Strahan