# United States Court of Appeals
## For the First Circuit

_____

No. 20-1281

RICHARD MAX STRAHAN

Plaintiff - Appellant

v.

MASSACHUSETTS EXECUTIVE OFFICE OF ENERGY AND ENVIRONMENTAL AFFAIRS (MEOEEA),, Secretary; DAVID PIERCE, in his official capacity as Director of Massachusetts Division of Marine Fisheries (MDMF); ARTHUR SAWYER, in his individual capacity and in his official capacity as President of the Massachusetts Lobstermen's Association (MLA); CENTER FOR COASTAL STUDIES; JOHN HAVILAND; VINEYARD WIND, LLC; BAYSTATE WIND, LLC

Defendants - Appellees

_____

**JUDGMENT**

Entered: October 7, 2020
Pursuant to 1st Cir. R. 27.0(d)

By notice issued August 17, 2020, appellant was notified that he was in default for failure to file an opening brief and appendix. Appellant was warned that unless he filed a brief and appendix by August 31, 2020, his appeal would be dismissed for lack of diligent prosecution. On September 15, 2020, the court granted appellant's extension motion to September 22, 2020.

Appellant having failed to file a brief and appendix, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 45.0(a) and 3.0(b). Appellee John Haviland's motion to dismiss is denied as moot.

By the Court:

Maria R. Hamilton, Clerk

cc:
Richard Max Strahan
James A. Sweeney
Maryanne Reynolds

James Michael Campbell
Eric M. Apjohn
Jeffrey S. Brenner
Eric Raymond LeBlanc