# United States Court of Appeals
## For the First Circuit

No. 21-1178

MASSACHUSETTS LOBSTERMEN'S SURVIVAL FUND,

Plaintiff - Appellant,

RICHARD MAX STRAHAN,

Plaintiff,

v.

MASSACHUSETTS EXECUTIVE OFFICE OF ENERGY AND ENVIRONMENTAL AFFAIRS (MEOEEA), Secretary; DANIEL J. MCKIERNAN, as director, Massachusetts Division of Marine Fisheries (MDMF),

Defendants - Appellees,

ARTHUR SAWYER, in his individual capacity and in his official capacity as President of the Massachusetts Lobstermen's Association (MLA); CENTER FOR COASTAL STUDIES; JOHN HAVILAND; VINEYARD WIND, LLC; BAYSTATE WIND, LLC,

Defendants.

**JUDGMENT**

Entered: March 30, 2021
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Olaf Aprans
Adam F. Keats

Thomas M. Sobol
Hannah W. Brennan
Laura Hayes
Rachel Ann Downey
James A. Sweeney
Maryanne Reynolds
Rachel M. Brown
Nathaniel J. Hyman
James Michael Campbell
Eric M. Apjohn
Emily D. Amrhein
Jeffrey S. Brenner
William H. Wynne
Eric Raymond LeBlanc
Thaddeus A. Heuer
Geraldine E. Edens
Christopher M. Iaquinto