UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN | \* |
| Plaintiff, | \* |
| v. | \* Civil Action No. 1:19-cv-10639-IT |
| SECRETARY, MASSACHUSETTS EXECUTIVE OFFICE OF ENERGY AND ENVIRONMENTAL AFFAIRS, *et al.*, | \* |
| Defendants, | \* |
| and | \* |
| MASSACHUSETTS LOBSTERMEN'S SURVIVAL FUND, | \* |
| Intervenor-Defendant. | \* |

ORDER OF DISMISSAL

December 1, 2021

TALWANI, D.J.

Pursuant to the court's Findings of Fact and Conclusions of Law on Standing [#612] concluding that Plaintiff Richard Strahan did not establish standing under Article III of the Constitution, Plaintiff's claims are dismissed for lack of subject matter jurisdiction. This case is now CLOSED.

/s/ Indira Talwani
United States District Judge