UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MAN AGAINST XTINCTION A/K/A "MAX" **FN**[1] | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | 19-cv-10639-IT |
| SECRETARY, MASSACHUSETTS EXECUTIVE OFFICE OF ENERGY AND ENVIRONMENTAL AFFAIRS ("MEOEEA"), *et al.* | ) ) ) | 2 May 2022 |
| | ) | |
| *Defendants* | ) | |

_____

**M. A. X. PETITION FOR TALWANNA TO EITHER RECUSE ITSELF ASAP OR FACE PROSECUTION FOR VIOLATING HIS RIGHT TO PETITION THE COURTS**

_____

Plaintiff — Man Against Xtinction — SPEAKS in the VENACULAR —

I am COMMANDING shyster Talwana to "voluntary" RECUSE itself from any further oversight of the proceedings in the instant action. This shyster hates working class white men and this fact is especially true when they show up as pro se petitioner to the Court with a "multi-filer" status of having prosecute many government employees in the past and a liklihood of continuing to do so in the future. That is I.

Example, I brought a further ESA prosecution in this Court against the Defendants. The case was assigned to Talwanti owing to the Court classifying my new ESA prosecution as a "related civil action" to the instant action. The shyster Talwanna is now refusing to allow me to do any ECF filings in my new ESA prosecution. She is refusing to rule on my outstanding ECF filings motion in the new ESA prosecution. This is a malicious act by this EVIL shyster to AGAIN impair my ESA prosecution to make sure that I cannot prevail on the merits. The EVIL Shyster also struck my caption on my new ESA prosecution and then issued an order barring me from having any direct communication with her courtroom and docket clerks.

Earth to Talwanna, "What the Fuck!?"

The pro se EVIL shyster has left me no choice but to sue her as an individual to get an injunction barring her from presiding over any further civil action I file with the Court. But there is a "silver lining" to the dark cloud of extremism to the path I am now forced to set out on to sue a sitting USDC judge. I get to sue the chief administrative judge as well over this Court's long bigoted history against me and other working class pro se petitioners. One of these scams

---

[1] Man Against Xtinction is bringing the instant action pursuant to his authority to petition the Court provided to him by the Petition Clause of the First Amendment.

inflicted on every white man petitioning the Court on its own is the Court's imposing its FRCP on us non-attorneys. The Federal Rules of Civil Procedure were invented by and meant to only serve the interest of shysters appearing before the Court. No other member of the Public had any involvement in the FRCP promulgation process and the rules were adopted without any concern for any pro-se petitioner. The Court has then imposed local rules on its own that discriminate against pro se petitioners being able to do ECF filings with the court. No shyster is required to get a judge's "permission" to do ECF filings. But all pro-se petitioners must get a judge's permission to do ECF filings which is considered completely discretionary. This is OBVIOUSLY meant to impair the pro se prosecutions before the court.

EXAMPLE: Despite my expertise in the operation and programming of digital information systems and that I have ECF filing status in over a hundred civil actions, it STILL will not allow me to do ANF further ECF filings in my new ESA prosecution against the Defendants. It demands that the EVIL shyster must first give me "permission" to do ECF filings at its complete discretion. There is no appeal if it just simply refuses to do so like the EVIL shyster is now doing. So its pretty obvious I am "fucked" in prosecuting my claims and I am now coerced by the EVIL shyster to just drop my 2022 ESA prosecution against the Defendants.

Earth to Talwanna, "Thanks for the good cause of action against you and the Court's administration."

**The EVIL Shyster is Maliciously Claiming I have no ESA Article III Standing**

It is pretty obvious that I have Article III standing to do ESA prosecutions on ESA Listed Species of whales and sea turtles along the Atlantic coastline. Despite this incontrovertible reality, EVIL shyster Talwanna, maliciously refusing from the start to adjudicate my ESA claims against the Defendants in the instant action. Her basic *modus operandi* for her crime against the First Amendment's Petition Clause is to: 1) Indite me and then prosecute me on her own at trial for not having Article III standing & 2) then reject all my testimony at trial on being even a low-level tourist "whale watcher" and blatantly ignore the Public record on my other historical efforts for whale and turtle species preservation. It convicted me with its *ad hominem* poison by claiming that I am simply a notorious liar and a scam artist. This EVIL shyster enacted her said scam by ignoring all the evidence on the record and in over two decades of court proceedings in the USDC Massachusetts district court that recognized my Article III standing. It dismissed these rulings as not really recognizing my Article III standing at all, just judges ignoring my lack of standing because these prior cases were each resolved before trial.

The proof of her criminal animus lies in her allowing the shysters who represented me pro bono to serve the Public Interest to rack up over $1.5 million dollars in attorney fees and costs representing me through the trial. ONLY THEN after trial was over then did she decide to raise the issue of Article III standing to the parties. The EVIL shyster dismissed the instant action with a pronouncement that "I do not believe that Max Strahan has any interest in Right Whales more than any other working class white man or High School student that only reads about these whales in the Boston Globe."

To further "pour salt in the wound" in its act of judicial violence against me, the EVIL shyster decided to "cover her arse" politically as still "pro-whale" by making a parallel ruling

that my ESA claims are completely meritorious. This ruling also constituted an open solicitation to the shysters representing me that they could protect their multi-million dollar investment in the litigation by dumping me as a client. It signaled to the shysters representing me that they could substitute me as the active plaintiff with any idiot they could find who had a recent receipt from a whale watching tourist trip. This part of her scam did actually work. The shysters representing me took the bait the EVIL shyster offered them. They promptly found an "ideal" whale watch cruise customer and told me in no uncertain terms, "You will allow us to substitute you as the active plaintiff in the instant action or we will abandon you as a client."

These shysters blamed me for shyster Talwanna's dismissal of my ESA claims. "You sucked on the witness stand and pissed off the judge by refusing to stand up when it entered the courtroom." I told them that I tried to testify about my preservation efforts for ESA Listed Species of whales but that the evil Talwanna ordered me to shut up when I did.  I tried to testify to my work on the witness stand but they refused to ask me any questions that would allow me to testify to my ongoing efforts to recover ESA Listed Species of whales and sea turtles. I reminded them that she laughed at me from the bench when I was asked about "my spiritual connection" to the Right Whale.  When I refused to agree to their replacing me as the active plaintiff, they became very angry and told me that they would no longer represent me on the appeal. They said I was guaranteed to  lose on my appeal.

History is clear. The EVIL shyster not only maliciously refused to adjudicate my ESA claims, it also conspired with the shysters representing me to have them abandon me and leaving me to pursue the appeal on my own without any shyster. This only insures that I will have no opportunity to appeal Talwanna's dismissal on appeal. The First Circuit hates pro se plaintiff's doing appeals. They have never allowed a pro se appellant any chance to appear before its tribunal to orally argue on the merits of its appeal to that court. Both the shysters representing me and shyster Talwanna know this to be true and based their said malicious acts against me on this fundamental fact.

For the above reasons, I COMMAND the EVIL shyster Talwanna to PISS OFF and not have any further involvement in the instant action.

BY:

/s/ Richard Maximus Strahan
_____
Richard Maximus Strahan

*Vir Rei Publicae Necessarius Est*

I certify that a copy of this document has been served TODAY on the Defendants by the ECF filing system. /s/ Richard Maximus Strahan