UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD MAX STRAHAN,<br><br>　　Plaintiff,<br><br>　　v.<br><br>SECRETARY, MASSACHUSETTS EXECUTIVE OFFICE OF ENERGY AND ENVIRONMENTAL AFFAIRS, *et al.*,<br><br>　　Defendants,<br><br>　　and<br><br>MASSACHUSETTS LOBSTERMEN'S SURVIVAL FUND,<br><br>　　Intervenor-Defendant. | Civil Action No. 1:19-cv-10639-IT |

<u>ORDER</u>

May 3, 2022

TALWANI, D.J.

　　Pending before the court is Plaintiff Richard Strahan's request for transcripts, without payment of costs, for the entire trial, as well as for prior hearings on his motions for a preliminary injunction. Mot. [Doc. No. 658]. Under 28 U.S.C. § 753(f), "[f]ees for transcripts furnished . . . to persons permitted to appeal in forma pauperis shall . . . be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)." The court certifies that Strahan's appeal of the court's dismissal of this action for lack of standing is not frivolous and presents a substantial question, and it therefore approves Strahan's request for transcripts addressing that issue, namely, for the June 10 and 11, 2021 trial transcripts. The court does not have sufficient information as to the basis for any

further appeal and accordingly denies Strahan's request for additional transcripts at the government's expense.

      IT IS SO ORDERED.

May 3, 2022                                                         /s/ Indira Talwani
                                                                               United States District Judge