# United States Court of Appeals
## For the First Circuit

————————————

No. 21-1154

RICHARD MAX STRAHAN,

Plaintiff - Appellant,

v.

MASSACHUSETTS EXECUTIVE OFFICE OF ENERGY AND ENVIRONMENTAL
AFFAIRS (MEOEEA), Secretary; DANIEL J. MCKIERNAN, in his official capacity as Director
of Massachusetts Division of Marine Fisheries (MDMF); MASSACHUSETTS
LOBSTERMEN'S SURVIVAL FUND,

Defendants - Appellees,

ARTHUR SAWYER, in his individual capacity and in his official capacity as President of the
Massachusetts Lobstermen's Association (MLA); CENTER FOR COASTAL STUDIES; JOHN
HAVILAND; VINEYARD WIND, LLC; BAYSTATE WIND, LLC,

Defendants.

————————————

Before

Howard, Thompson, and Kayatta,
Circuit Judges.

————————————

**JUDGMENT**

Entered: May 6, 2022

This interlocutory appeal from the denial of a preliminary injunction motion is dismissed
as moot in view of the district court's entry of final judgment. See Capriole v. Uber Techs., Inc.,
991 F.3d 339, 343 (1st Cir. 2021) ("It has long been the law that an appeal from the denial of a
preliminary injunction motion becomes moot when final judgment issues because the district
court's denial of the motion merges with the final judgment."). We also note that the plaintiff-
appellant has taken a final appeal to this court (Appeal No. 22-1225).

By the Court:

Maria R. Hamilton, Clerk

cc:
Richard Maximus Strahan
James A. Sweeney
Maryanne Reynolds
Rachel M. Brown
James Michael Campbell
Eric M. Apjohn
Jeffrey S. Brenner
Eric Raymond LeBlanc
Geraldine E. Edens
Christopher M. Iaquinto
Olaf Aprans