# United States Court of Appeals
## For the First Circuit

No. 21-1154

RICHARD MAX STRAHAN,

Plaintiff - Appellant,

v.

MASSACHUSETTS EXECUTIVE OFFICE OF ENERGY AND ENVIRONMENTAL AFFAIRS (MEOEEA), Secretary; DANIEL J. MCKIERNAN, in his official capacity as Director of Massachusetts Division of Marine Fisheries (MDMF); MASSACHUSETTS LOBSTERMEN'S SURVIVAL FUND,

Defendants - Appellees,

ARTHUR SAWYER, in his individual capacity and in his official capacity as President of the Massachusetts Lobstermen's Association (MLA); CENTER FOR COASTAL STUDIES; JOHN HAVILAND; VINEYARD WIND, LLC; BAYSTATE WIND, LLC,

Defendants.

**MANDATE**

Entered: May 27, 2022

In accordance with the judgment of May 6, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Eric M. Apjohn, Olaf Aprans, Jeffrey S. Brenner, Rachel M. Brown, James Michael Campbell, Geraldine E. Edens, Christopher M. Iaquinto, Eric Raymond LeBlanc, Maryanne Reynolds, Richard Maximus Strahan, James A. Sweeney